UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>                                Plaintiff,<br><br>v.<br><br>ANDREW EDWARD MOORE,<br><br>                                Defendant. | Case No. 3:21-cr-02565-GPC-1<br><br>**ORDER DIRECTING CLERK TO UPDATE DEFENDANT'S ADDRESS OF RECORD AND RE-SERVE WITH FILINGS**<br><br>**[ECF Nos. 78, 79, 80, 81, 82, 83, 84, 85]** |
|---|---|

At the time of Defendant's most recent filing, which was filed on December 27, 2024, his listed address was Federal Correctional Institution, Sheridan. *See* ECF. No. 77 (Supplemental Document to Motion to Reduce Sentence). Since then, Defendant has been transferred to a different facility. From the Court's review of the federal inmate locator, Defendant is now housed at a Residential Reentry Management (RRM) facility in Long Beach. *See* Federal Bureau of Prisons Inmate Locator, https://www.bop.gov/inmateloc/ (last visited July 23, 2025); *see also Mitchell v. Ryer,* No. 3:23-cv-661-TWR-MSB, 2023 WL 5354156, at *1 n.1 (S.D. Cal. Aug. 21, 2023) (taking judicial notice of public record available on online inmate locator and noting plaintiff had been transferred to different prison).

1

In view of Defendant's relocation to a different facility, the Clerk of the Court **SHALL UPDATE** Defendant's address on the docket and **SHALL RE-SERVE** Defendant with the following filings: Order Referring Motion for Compassionate Release to Federal Defenders (ECF No. 78), Notices of Attorney Appearance (ECF Nos. 79, 82, 84, 85), Status Report (ECF No. 80), Order Setting Briefing Schedule (ECF No. 81), and Response in Opposition by USA (ECF No. 83).

**IT IS SO ORDERED.**

Dated: July 24, 2025

Hon. Gonzalo P. Curiel
United States District Judge